■ THE PEOPLE OF THE STATE OF NEW YORK v. STERLING OPTICAL CO., INC.— Motion by Retail Dry Goods Association to file a brief *amicus curiæ* granted only insofar as to permit movant to file a brief as *amicus curiæ* on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RAY ROBINSON.— Motion to dismiss appeal granted.

■ In the Matter of ALTOM ESTATES, INC. v. TAX COMMISSION OF THE CITY OF NEW YORK.— Motion to dismiss appeal denied, with $10 costs. Motion granted and appellant is permitted to serve its notice of appeal from the order of the Supreme Court, New York County, entered on June 22, 1961, upon the attorneys for the petitioner-respondent *nunc pro tunc* as of July 21, 1961.

■ SAMUEL WEINTRAUB, Individually and as Administrator of the Estate of ESTHER WEINTRAUB, Deceased, et al. v. ARTHUR WEINTRAUB.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 11, 1961, with notice of argument for the November 1961 Term of this court, said appeal to be argued or submitted when reached.

■ In the Matter of A. L. S. RESTAURANT, INC. v. NEW YORK STATE LIQUOR AUTHORITY.— Motion to dismiss appeal denied, with $10 costs, with leave to renew upon a proper affidavit of service.

■ In the Matter of MARJORIE T. JORDAN, Individually and in Behalf of Various Tenants of Premises 41 Fifth Avenue v. ROBERT E. HERMAN, as State Rent Administrator, and 30 FIFTH AVE., INC.— Motion to dismiss appeal denied, with $10 costs.

■ CARLTON JACKSON v. RITSAN REALTY CORP.— Motion to dismiss appeal granted, with $10 costs.

■ CARMELLO MEDINA, as Administrator of the Estate of WILLIAM MEDINA, Infant Decedent, et al. v. EVA GUTHERZ et al.— Motion to dismiss appeal granted, with $10 costs.

■ FRANCES BARAL et al. v. JOINT HOLDING CO., INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 11, 1961, with notice of argument for the November 1961 Term of this court, said appeal to be argued or submitted when reached.

■ MARTINA LAI v. MIGUEL VARGAS.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon counsel for defendant-respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before December 5, 1961, with notice of argument for the January 1962 Term of this court, said appeal to be argued or submitted when reached. Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1961, with notice of argument for the January 1962 Term of this court, said appeal to be argued or submitted when reached.

■ CLARA LENIOK v. WILLIAM LENIOK et al.— Motion to dismiss appeal granted.

■ HARRY A. SHARPE v. EMPIRE STATE MUTUAL SALES, INC., et al.— Motion for enlargement of time granted insofar as to extend the plaintiff-appellant's time to serve and file the record on appeal and appellant's points